UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Nicolas Bosonetto, et al.

v.  Civil No. 12-cv-277-JL

Town if Richmond, et al.

O R D E R

The motion to amend and to add a party (doc. no. 15) is GRANTED, without prejudice to defendants' challenging the sufficiency of the pleadings pursuant to Fed. R. Civ. P. 12(b)(6) or 12(c).   See Fed. R. Civ. P. 15(a)(2) (leave to amend is "freely" given). The First Circuit has not precluded section 1985(3) claims based on religious discrimination.   See generally Romero-Barcelo v. Hernandez-Agosto, 75 F.3d 23, 34 (1st Cir. 1996).

The clerk shall docket as filed on this date the amended complaint (doc. no. 15-2). Defendants Sandra Gillis and Town of Richmond shall file their response to the amended complaint within fourteen days of the date of this order.   Plaintiffs shall serve Sean McElhiney with the amended complaint, pursuant to Fed. R. Civ. P. 4, within twenty-one days of the date of this order.

SO ORDERED.

November 8, 2012

_____
Landya B. McCafferty
Magistrate Judge

cc:   Nicolas Bosonetto
      Jill Bosonetto
      Daniel J. Mullen, Esq.
      Joseph S. Hoppock, Esq.